UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,                    **CONSENT TO PROCEED BY VIDEO OR
                                             TELE CONFERENCE**

-against-                                    **20 -mag- 13007**

HEIVER RUIZ-PATOZANO
                                        Defendant(s).
-------------------------------------------------------------------X

Defendant **Heiver Ruiz-Patozano** hereby voluntarily consents to participate in the following
proceeding via __X_ videoconferencing or _X__ teleconferencing:

__X_   Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of
       Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer


 /s authorized electronic signature          /s/ Amy Gallicchio
_____      _____
Defendant's Signature                        Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Heiver Ruiz-Patozano                         Amy Gallicchio
_____      _____
Print Defendant's Name                       Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

 12/07/2020
_____                _____
Date                                         U.S. District Judge/U.S. Magistrate Judge